283

This cause coming on to be heard on the Joint Stipulation of the parties hereto, and the Court being fully advised in the premises;

THIS COURT FINDS that this claim in the amount of $32,398.00 is for the creation and production of a motion picture film entitled "Illinois Trade Mission to Europe" which was produced by the claimant at the request of the former Governor of Illinois and the Board of Economic Development.

IT IS HEREBY ORDERED that the sum of $32,398.00 be awarded to claimant in full satisfaction of any and all claims presented to the State under Cause No. 5679.

(No. 6067-)

JOHN J. DEVITT, M.D., Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY Services, Respondent.

*Opinion filed October 12, 1971.*

JOHN J. DEVITT, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6120-)

ROOT BROTHERS MFG. & SUPPLY, An Illinois Corporation, Claimant, vs. STATE OF ILLINOIS, DIVISION of HIGHWAYS, Respondent.

*Opinion filed October 12, 1971.*

KORSHAK, ROTHMAN, OPPENHEIM & FINNEGAN, Attorney for Claimant.